RECEIVED
SEP 28 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: Search Warrant,  Court File No.: 22-mj-00742-TNL

**MOTION TO INTERVENE AND**
**UNSEAL SEARCH WARRANT**
**MATERIALS**

PLEASE TAKE NOTICE that the Minnesota Reformer and Tony Webster (collectively, the "Media Intervenors") hereby move to intervene in this matter for the limited purpose of seeking an order unsealing and providing public access to all documents filed with this Court related to the search warrant executed on September 13, 2022 for the cell phone of Michael J. Lindell in or near Mankato, Minnesota (the "Search Warrant Materials"). As set forth in the contemporaneously filed memorandum, the Media Intervenors are entitled, as members of the public, to view judicial records, and the Search Warrant Materials are judicial records subject to a right of public access under the First Amendment and the common law. The great public interest in these records outweighs any purported interest in keeping them secret from the public.

SCANNED
SEP 28 2022
U.S. DISTRICT COURT MPLS

Dated: September 27, 2022

**SAPIENTIA LAW GROUP, PLLC**

s/Christopher Proczko
Christopher Proczko (#392419)
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101

christopherp@sapientialaw.com

***ATTORNEYS FOR MEDIA INTERVENORS***

4879-5533-0869, v. 1