RECEIVED
SEP 28 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: Search Warrant,   Court File No.: 22-mj-00742-TNL

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, October 18, 2022, at 2:00 p.m., intervenors Minnesota Reformer and Tony Webster, by and through counsel, will appear before the Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota, in Courtroom 9W at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, to move the Court unseal all search warrant materials and docket sheet entries in the above-captioned matter.

Dated: September 27, 2022

**SAPIENTIA LAW GROUP, PLLC**

s/Christopher Proczko
Christopher Proczko (#392419)
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101

christopherp@sapientialaw.com

*ATTORNEYS FOR MEDIA INTERVENORS*

4868-9921-8229, v. 1

SCANNED
SEP 28 2022
U.S. DISTRICT COURT MPLS