**RECEIVED**
**SEP 28 2022**
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: Search Warrant,                    Court File No.: 22-mj-00742-TNL

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)

Pursuant to Local Rule 7.1(a), undersigned counsel certifies that on the morning of September 27, 2022, he made reasonable efforts to confer with the United States Attorney's Office for the District of Minnesota, and on the evening of September 27, 2022, he spoke with Assistant United States Attorney Jonathan Edward Jacobson from the Public Integrity Section of the Department of Justice. Counsel engaged in good-faith discussions but were unable to resolve the issues present in the associated motion.

Dated: September 27, 2022          **SAPIENTIA LAW GROUP, PLLC**

s/Christopher Proczko
Christopher Proczko (#392419)
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101

christopherp@sapientialaw.com

*ATTORNEYS FOR MEDIA INTERVENORS*

4882-4579-2309, v. 1

SCANNED
SEP 28 2022
U.S. DISTRICT COURT MPLS