

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No.: 22-mj-00742-TNL

In re: Search Warrant

**[PROPOSED] ORDER GRANTING MEDIA INTERVENORS' MOTION TO INTERVENE AND UNSEAL SEARCH WARRANT MATERIALS**

---

The above matter came for hearing before the Honorable Tony N. Leung, upon the Minnesota Reformer's and Tony Webster's Motion to Intervene and Unseal Search Warrant Materials. Based upon the arguments of counsel, memoranda of law submitted on behalf of the parties, and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the Media Intervenors' Motion is hereby GRANTED, and all search warrant materials, including without limitation the search warrant, the warrant application, all probable cause affidavits filed in support of the search warrant, any and all sealing motions or orders related to the warrant, any search warrant return, and all docket sheet entries filed with this court in connection with the search warrant are hereby UNSEALED.

DAY OF _____, 2022.

_____
Tony N. Leung
United States Magistrate Judge
District of Minnesota

4887-8278-8405, v. 1

