UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 22-mj-742-TNL

IN RE: SEARCH WARRANT

**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND**

The United States of America and Media Intervenors, by and through their counsel, respectfully submit the following stipulation. The parties to this stipulation have met and conferred regarding the United States' response to the Motion to Intervene and Unseal Search Warrant Materials [Dkt. 5]. The Media Intervenors' motion was filed in this action on September 28, 2022, and a hearing on the motion is currently set before this Court on October 18, 2022. Considering this motion to be a non-dispositive, civil motion, the United States' response would be due on October 5, 2022. L.R. 7.1(b).

A separate, related case, *Michael J. Lindell and MyPillow, Inc. v. United States, et al.*, 22-cv-2290 (ECT/ECW), is currently pending in front of Judge Tostrud, in which the plaintiffs request that the Court invalidate the warrant issued for Mr. Lindell's phone and provide the plaintiffs there immediate access to a copy of the warrant affidavit, among other things. Dkt. 1 at 17, *Lindell*, 22-cv-2290. Judge Tostrud has scheduled a hearing in that case on October 19, 2022 to address the plaintiffs' Motion for Preliminary Injunction (Dkt. 9). On October 4, 2022, plaintiffs also filed a Motion to Obtain Access to Warrant

1

Materials. Dkt. 38, *Lindell*, 22-cv-2290. The relief requested in that motion overlaps with the relief requested by the Media Intervenors here. Plaintiffs Lindell and MyPillow, Inc. have requested an expedited hearing in front of Magistrate Judge Wright on their motion to unseal the warrant materials. Dkt. 42, *Lindell*, No. 22-cv-2290. No hearing date has yet been set on the motion to unseal the warrant materials filed by Plaintiffs Lindell and MyPillow, Inc.

Based upon the foregoing, the parties hereby stipulate and agree that the United States may have until October 14, 2022 to respond to the Media Intervenors' motion. The parties make this stipulation in good faith and not for any dilatory purpose. A proposed order extending the United States' time to answer until October 14, 2022 is filed herewith.

                                                  Respectfully submitted,

Dated: October 5, 2022                    COREY R. AMUNDSON
                                                  Chief, Public Integrity Section
                                                  U.S. Department of Justice

                                                  <u>By: /s/ Jonathan E. Jacobson</u>
                                                  Jonathan E. Jacobson
                                                  Trial Attorney, Public Integrity Section
                                                  U.S. Department of Justice
                                                  Ill. Bar No. 6317721
                                                  1301 New York Ave. NW, 10th Fl.
                                                  Washington, DC 20005
                                                  Phone: (202) 514-1412
                                                  Email: jonathan.jacobson@usdoj.gov

                                                  ATTORNEYS FOR THE UNITED STATES

Dated: October 5, 2022                     **SAPIENTIA LAW GROUP, PLLC**

By: /s/ Christopher Proczko
Christopher Proczko (#392419)
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101

christopherp@sapientialaw.com

ATTORNEYS FOR MEDIA INTERVENORS
