# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## CRIMINAL MOTION HEARING

**COURT MINUTES**
BEFORE: Tony N. Leung
U.S. Magistrate Judge

In re: Search Warrant

| | |
|---|---|
| Case No: | 22-mj-742 (TNL) |
| Date: | October 18, 2022 |
| Court Reporter: | Paula Richter |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 2:11 p.m. |
| Time Concluded: | 3:01 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 50 minutes |

## APPEARANCES:

Movants (Minnesota Reformer and Tony Webster): Christopher Proczko.

Plaintiff (United States of America): Jonathan Edward Jacobson, Aaron Teitelbaum, Craig R. Baune, and Ana H. Voss.

## HEARING ON:

A hearing was held regarding the Movants' Motion to Intervene and Unseal Search Warrant Materials, ECF No. 5.

## REMARKS:

The Movants' Motion to Intervene and Unseal Search Warrant Materials, ECF No. 5, was taken under advisement as of today.

☒ORDER TO BE ISSUED ☐NO ORDER TO BE ISSUED     ☐R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

*s/Kelly*
Law Clerk to Magistrate Judge Leung