**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: Search Warrant | Case No. 22-MJ-742 (TNL) |

**UNITED STATES' SUBMISSION CONCERNING PROPOSED REDACTIONS TO DOCKET SHEET IN THIS MATTER**

The government hereby responds to the Court's order requiring the government to propose potential redactions to the docket sheet in this matter. ECF No. 21 at 13. The government has reviewed the entire docket sheet, including entries that are currently under seal and not visible to the general public. The government consents to unsealing the entire docket sheet, provided that the underlying documents currently under seal—including, for example, the motion to seal, the search warrant application, the search warrant, the affidavit in support of the search warrant, and the associated attachments—remain sealed.

Dated: December 1, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney
District of Minnesota

By: /s/ *Craig R. Baune*
Craig R. Baune
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: craig.baune@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S. Department of Justice

By: /s/ *Jonathan E. Jacobson*
Jonathan E. Jacobson
Trial Attorney
Public Integrity Section
U.S. Department of Justice
Ill. Bar No. 6317721
1301 New York Ave. NW
Washington, DC 20005
Phone: (202) 514-1412
Email: jonathan.jacobson@usdoj.gov

COLE FINEGAN
United States Attorney
District of Colorado

By: /s/ *Aaron Teitelbaum*
Aaron Teitelbaum
Special Assistant U.S. Attorney
1801 California Street, Ste. 1600
Denver, CO 80202
Phone: 303-454-0100
E-mail: aaron.teitelbaum@usdoj.gov

JOHN T. LYNCH
Chief, Computer Crime and
Intellectual Property Section
U.S. Department of Justice

By: /s/ *Frank Lin*
Frank Lin
Senior Counsel
Computer Crime and Intellectual
Property Section
U.S. Department of Justice
Wa. Bar No. 48617
950 Pennsylvania Ave., N.W.
Suite 600
Washington, DC 20530
Phone: (202) 514-1026
Email: frank.lin@usdoj.gov

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f) AND (h)**

I hereby certify that this filing complies with the word limit requirement of Local Rule 7.1(f) and the type-size limit of Local Rule 7.1(h). Specifically, this filing is comprised of 363 words, exclusive of the caption, signature block, and this certificate. The type size is 13-point font.

*/s/ Jonathan E. Jacobson*
Jonathan E. Jacobson
Trial Attorney, Public Integrity Section