UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Search Warrant                                  Case No. 22-mj-742 (TNL)

**ORDER**

This matter is before the Court, United States Magistrate Judge Tony N. Leung, on Plaintiff United States of America's Submission Concerning Proposed Redactions to Docket Sheet in this Matter, ECF No. 22.

On November 22, 2022, the Court issued an Order granting in part and denying in part Movants Minnesota Reformer and Tony Webster's ("the Media Intervenors") Motion to Intervene and Unseal Search Warrant Materials, ECF No. 5.  *See* ECF No. 21.  In relevant part, here, the Court granted the Media Intervenors' request to "unseal the docket sheet for this case," but gave the Government the opportunity to first "review the docket entries and propose redactions for any revealing references." *Id*. at 13.

On December 1, 2022, the Government filed its Submission Concerning Proposed Redactions to Docket Sheet in this Matter.  ECF No. 22.  The Government notes that it "has reviewed the entire docket sheet, including entries that are currently under seal and not visible to the general public." *Id*. at 1.  According to the Government, it "consents to unsealing the entire docket sheet, provided that the underlying documents currently under seal—including, for example, the motion to seal, the search warrant application, the search warrant, the affidavit in support of the search warrant, and the associated attachments—

1

remain sealed." *Id*.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the entire docket sheet shall be unsealed. The underlying documents currently under seal—including, for example, the motion to seal, the search warrant application, the search warrant, the affidavit in support of the search warrant, and the associated attachments—shall remain sealed as set forth in the Court's November 22, 2022, Order, ECF No. 21.

Dated: December   5  , 2022               *s/ Tony N. Leung*
                                          Tony N. Leung
                                          United States Magistrate Judge
                                          District of Minnesota


                                          *In re: Search Warrant*
                                          Case No. 22-mj-742 (TNL)