**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN THE MATTER OF THE SEARCH OF A PERSON LOCATED IN THE DISTRICT OF MINNESOTA, DESCRIBED IN ATTACHMENT A, FOR THE ITEMS DESCRIBED IN ATTACHMENT B.

Case No. 22-mj-742 (TNL)

**ORDER**

The Court, having considered Intervenors Michael J. Lindell's and Judicial Watch, Inc.'s Combined Consent Motion to Intervene and Consent Motion to Unseal Remaining Documents, hereby orders that the combined motion is **GRANTED.** Accordingly,

1. The Movants are permitted to intervene in this matter.
2. The Government shall review the docket sheet and all remaining sealed docket entries in Case No. 22-mj-742 (TNL), redact any personal information contained therein, and submit the redacted documents to the Court within seven days of this Order.
3. The Clerk of Court then shall unseal all remaining sealed docket entries using, where submitted, the Government's redacted versions of the docket entries.
4. This order does not affect the status of any entry previously unsealed in this matter.

Dated: September 14, 2026

*s/Jon T. Huseby*
JON T. HUSEBY
United States Magistrate Judge